THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARVIN VANBEEK, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>NORTHSHORE CHRISTIAN CHURCH, *et al.*<br><br>  Defendants. | Case No. 2:23-cv-00112-BJR<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>**NOTE ON MOTION CALENDAR:**<br>**April 20, 2023** |

### STIPULATION

COME NOW Plaintiff Arvin VanBeek, and Defendant Northshore Christian Church, by and through their attorneys of record, and hereby stipulate to the dismissal of all claims in the above-referenced matter with prejudice and without attorney's fees or cost to any party.

**DATED** April 20, 2023.

        **AKW LAW, P.C.**

        */s/ Ada K. Wong*
        Ada K. Wong, WSBA #45936
        Attorney for Plaintiff
        12055 15th Ave NE, Suite 200
        Seattle, WA 98125
        Tel.: (206) 259-1259
        Fax: (855) 925-9529

**STIPULATION AND ORDER OF DISMISSAL - 1**
Case No. 2:23-cv-00112-BJR

**AKW LAW, P.C.**
12055 15th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529

1  E-mail: ada@akw-law.com

**ELLIS LI MCKINSTRY, PLLC**

 */s/ Nathaniel Taylor*
Nathaniel Taylor, WSBA #27174
McKenzie E. Legg, WSBA #56748
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101
Tel.: (206) 224-6689
Fax: (206) 625-1052
E-Mail: ntaylor@elmlaw.com
E-Mail: klegg@elmlaw.com
Attorneys for Defendant

## ORDER

The Stipulation and Order of Dismissal is GRANTED. All claims in the above-referenced matter is dismissed with prejudice and without attorney's fees or cost to any party.

DATED this 21st day of April, 2023.

HONORABLE BARBARA J. ROTHSTEIN
United States District Court Judge

**STIPULATION AND ORDER OF DISMISSAL - 2**
Case No. 2:23-cv-00112-BJR

**AKW LAW, P.C.**
12055 15th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2023, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Nathaniel Taylor, WSBA #27174
> McKenzie E. Legg, WSBA #56748
> 1700 Seventh Avenue, Suite 1810
> Seattle, WA 98101
> Tel.: (206) 224-6689
> Fax: (206) 625-1052
> E-Mail: ntaylor@elmlaw.com
> E-Mail: klegg@elmlaw.com
> E-Mail: cwyer@elmlaw.com
> *Attorneys for Defendant*

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED: April 20, 2023, at Seattle, Washington.

> */s/ Kaila A. Eckert*
> Kaila A. Eckert, Paralegal

STIPULATION AND ORDER OF DISMISSAL - 3
Case No. 2:23-cv-00112-BJR

AKW LAW, P.C.
12055 15th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529